AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>LUCAS C. PERILLO<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 3:25-mj-00177 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Lucas C. Perillo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Possession of a Machinegun in violation of 18 U.S.C. § 922(o);
Unlawful Possession of an Unregistered Short-barreled Rifle or Silencer in violation of 26 U.S.C. § 5861(d).

Date:   06/27/2025

*Issuing officer's signature*

City and state:   Portland, Oregon       Honorable Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/27/2025, and the person was arrested on *(date)* 07/11/2025
at *(city and state)*

Date:  07/14/2024

*Arresting officer's signature*

TFO Jake Hyde
*Printed name and title*